United States District Court
District of Massachusetts

Motion for appointment
for Council

Civil action
NO: 03-12648 WGY

---

I Ned J Langone being the named Plaintiff of this civil action, request this court for appointment of cancil. Upon my financial status and the degree of the matter of this civil action it's concern of a complicated area of law.

12-17-03   Ned J Langone
69 Front Street
Weymouth, Mass
02188

E-Mail

Harrison0224@web.tv.net

(H) 781-337-9429