U.S District Court
District of Mass

Civil Action
NO. 03-12648 WGY

Chief Justice Young;

Sir, I am submitting this letter to you. All contents within a relative motion too. To the Clearks office of PRO-SE; within this said court. This letter is a request that ask this court to continue with the process of this Civil Action. Filed on December 23, 2003; against the given defendant. While this complaint was within it's preliminary screening period. My claims within the complaint showed to the court. Lack of legal merit and argumental meanings of the wrongs that were placed upon me; within the 1990-1993 divorce matter. Plainly executed so. By me the Plainiff. To limit the amount of information that would be available to said defendant. Once it would become available to her, on her reciept. Once the complaint was delivered to defendant along with the summon's to answer and return. If said complaint was granted and action was to proceed. Instead the complaint showed to the court confussion in complete. For this, the court determined the complaint and facts within; held no legal merit and argumental means. Therefore. The court found cause to order dismissal of said complaint against said defendant. The included content's, that being within a motion to proceed with civil action. Contain facts toward the clarification of the confussion of facts within the complaint filed December 23, 2003; that showed the court; to base it's decision of dismissal of the said civil action. This being the Plainiff's asking of this court. That the contents within the motion. Show cause within legal merit and argumental standings. Clarification of the submitted complaint statments of the facts. Toward the one argumental claim. That being the wrongful placement of a personal restaint instrument or order. Toward the personal liberties of the Plainiff. That's within the protection of the Plainiffs IV$^{th}$ amendmant. This

Matter towards the civil action itself. Is a very sensitive issue to me in whole. Basicly. Reflecting to a relationship with a daughter; that I've not seen in thirteen years. Primarily by way of this placement of the restraint upon me by the defendant of this civil matter. I know. By research towards the immunity protection of one that's afforded it. Yes it's true. They are protected by the XI th. As long as one so doe's behave within their jurisdiction. When one doe's go outside of their jurisdiction and causes harm toward someone by route of one's civil rights. This being directed to my constitutional rights within the judicial system. Again my XIV th amendment not being afforded me; by way of Due Process within the probate matter. IV th amendment rights not afforded me through the improper placed restraining order upon plaintiff. Wrongful placement of an order; it's standings of usage placed upon me that caused unessary personal restraint upon the plaintiffs liberties and life. For this, one that practice's outside of their jurisdiction is not so given their protection of the said XI th amendment. I pray to you sir. To accept my submittion of my motion to proceed with this civil action filed on December 23, 2003. It's given facts within clarification of complaint.

Sincerly yours

cc: Ned J Langone         1/28/04   Ned Langone