United States District Court
District of Massachusetts

Plaintiff
Ned J Langone

C.A. 03-12648 WGY

Defendants
Catherine Sabaitis et.al

## Notice of Appeal

(1) The appeallant/Plaintiff of this Civil Action Ned J Langone; hereby submits to this Court U.S.D.C. Massachusetts, this declaration of appeal, as being my notification of appealing of this Civil Action and all it's concerns of; Judgements, orders by this said Court. To be moved within the Jurisdiction of the United States Court of Appeals; District of Massachusetts

(2) That this Civil Action of the Appeallant, Plaintiff. Now became a Constitutional challenge; based upon it's concerns of the Constitutional beliefs of the appeallant/Plaintiff, The concern and means of this challenge/appeal being directed toward the U.S.D.C. dated orders of January 8th 2004; February 4th 2004 and February 5th 2004.

Herefourth

(1) The Plaintiff, Ned Langone, of This Civil Action, within his rights to appeal a Judicial Matter/Case, Do so, with the Means of This motion/Petition, submitted to this Court, 3/11/04.

(2) To have this Court move this civil action Matter. This Court being United States District Court; District of the state of Massachusetts to the United States Court of Appeals in the district of Massachusetts, the civil action to be now heard by this Court, United States Court of Appeals, Massachusetts.

(3) (Within) the Constitutional Means that this Civil action and facts within its complaint toward the defendants actions, May show merit toward violation of the Plaintiffs protected Civil/Constitutional Privileges/Rights, inside a Judicial Proceeding process, Constitutional Challenged.

3/11/04   Ned J Langone
          PRO-SE

(2)