3-10-04

CMC

March 5, 2004

United States District Court
District of Massachusetts

C.A. 03-12648 WGY
Ref: Notice of Appeal
of Civil Action

Plaintiff
Ned J Longone
Defendants
Catherine Sabaitis et.al

Ref: Error and Correction of date upon documentation

This is in regards to the Notice of Appeal of this Civil Action filed on March 4, 2004, within this Court. It had upon it the incorrect date of March 11, 2004. The correct date should have been March 4th 2004. Same day of filing of document. Stamped upon it. This showing the appeal of Civil Action filed within the legal 30 day period for filing of a appeal within said action. Also, Application to proceed without prepayment affidavit had the incorrect date upon it. This also being March 11, 2004. This being submitted along with the Notice of appeal document to this Court.

Sincerely yours
Ned J Longone
PRO-SE

CC: Ned J Longone