03-12648

# United States Court of Appeals
## For the First Circuit

Young

No. 04-1354

NED J. LANGONE,

Plaintiff, Appellant,

v.

CATHERINE SABAITIS, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: August 4, 2004

The district court's February 4, 2004 order dismissing plaintiff's case is summarily affirmed for the reasons stated in the district court's January 8, 2004 memorandum and order.

<u>Affirmed</u>.   1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk

By: JULIE GREGG
    Appeals Attorney.

[cc: Ned J. Langone and  Thomas F. Reilly, AG]