# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 04-1354

03-12648
USDC/MA
Judge Young

NED J. LANGONE,

Plaintiff, Appellant,

v.

CATHERINE SABAITIS, ET AL.,

Defendants, Appellees.

---

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: August 4, 2004

The district court's February 4, 2004 order dismissing plaintiff's case is summarily affirmed for the reasons stated in the district court's January 8, 2004 memorandum and order.

<u>Affirmed</u>.  1st Cir. R. 27(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/26/04

By the Court:

Richard Cushing Donovan, Clerk

By: _JULIE GREGG_____
           Appeals Attorney.

[cc: Ned J. Langone and Thomas F. Reilly, AG]